163 So. 821

**CRANE, Register, v. PEARSON.**

I Div. 190.

Court of Appeals of Alabama.
Oct. 29, 1935.

Alex T. Howard, of Mobile, for appellant.

Harry T. Smith & Caffey, of Mobile, for appellee.

**572**

PER CURIAM.

The transcript in this case does not contain any assignments of error. The failure of appellant to assign errors requires the affirmance of the judgment appealed from. Supreme Court Rule 1, and authorities cited in Michie's Alabama Code 1928, p. 1929.

Affirmed.